# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GLENN GOODWIN,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER BILLINGS, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01708-SAB (PC)<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br><br>[ECF No. 1] |

Plaintiff Patrick Glenn Goodwin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant complaint on December 12, 2017, in the United States District Court for the Eastern District of California, Sacramento Division. On December 19, 2017, the action was transferred to this Court. A review of Plaintiff's complaint reveals that Plaintiff did not sign the complaint under penalty of perjury. All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, Plaintiff's complaint must be stricken from the record as deficient, and Plaintiff will be required to file an amended complaint with an original signature under penalty of perjury in order for the case to proceed.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed on December 12, 2017, is stricken from the record for lack of signature;

2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint complete with an original signature; and

4. Failure to comply with this order will result in the recommendation to a district judge that the action be dismissed.  Local Rule 110.

IT IS SO ORDERED.

Dated: __**January 5, 2018**__

UNITED STATES MAGISTRATE JUDGE