UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GLENN GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BILLINGS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01708-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENAS AS PREMATURE<br><br>[ECF No. 11] |

    Plaintiff Patrick Glenn Goodwin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion for issuance of subpoenas, filed January 8, 2018. Plaintiff's motion must be denied as premature.

    As Plaintiff was advised in the Court's First Informational Order, discovery in this action does not open until after Defendants' file an answer to the complaint and no discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin. (ECF No. 5, Order at 4.) On January 8, 2018, the Court issued an order striking Plaintiff's complaint for lack of signature and directed that an amended complaint be filed within thirty days. Therefore, no Defendant has yet been served and the Court has not issued the necessary discovery order. Moreover, Plaintiff is reminded that discovery matters are to be conducted between the parties and, absent a need for

1

intervention, should not be served on the Court.  (Id.)  Accordingly, Plaintiff's motion for discovery is denied, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **January 10, 2018**

_____
UNITED STATES MAGISTRATE JUDGE